IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DAVID FLETCHER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:25-cv-00007 |
| | ) | |
| FREEDOM MORTGAGE COMPANY, | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 9), which was filed on April 4, 2025. Through the Report, the Magistrate Judge recommends that Defendant's motion to dismiss (Doc. No. 6) be granted and that this matter be dismissed without prejudice for failure to state a claim. It appears that Plaintiff filed this action against Defendant for allegedly charging him erroneous fees in connection with his mortgage. (*See* Amended Complaint, Doc. No. 1-1). However, Plaintiff has not responded to the pending motion to dismiss, and although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, the Report and Recommendation (Doc. No. 9) is adopted and approved, Defendant's motion to dismiss (Doc. No. 6) is **GRANTED**, and this matter is **DISMISSED** without prejudice. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE